◼ Constance L. Wojtowicz, Respondent, v Eugene E. Wojtowicz, Appellant. (Appeal No. 2.)—Order insofar as appealed from unanimously modified on the law and as modified affirmed without costs, in accordance with same Memorandum as in *Wojtowicz v Wojtowicz* ([appeal No. 1] 171 AD2d 1073 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Equitable Distribution.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.